JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** II  **Investigating Agency** OIG/FBI

**City** Boston

**County** Suffolk  ☒

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  20-mj-2057-66, -6154-55, 2401-2
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Thomas Nee  Juvenile:  ☐ Yes  ☒ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☒ No

Alias Name

Address  (City & State)

Birth date (Yr only): 1957  SSN (last4#): _____  Sex M  Race: _____  Nationality: _____

**Defense Counsel if known:**  Kenneth Anderson  **Address** 50 Redfield Street, Suite 201

**Bar Number**  Boston, MA 02122

**U.S. Attorney Information:**

**AUSA**  Mark Grady  Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ☒ No  List language and/or dialect: _____

**Victims:**  ☒ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested  ☒ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/4/21  Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Timothy Torigian

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  Alleged co-conspirators charged in 20-10164-NMG and 21-10093-RGS, 21-10192-ADB, 21-10177-PBS, 21-10149-LTS, 21-10161-PBS.