Robert P. Dunford
138 Milton Street
Dorchester, MA 02124

July 1, 2024

The Honorable Richard G. Stearns
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE: United States v. Thomas Nee

Your Honor:

In the coming days, Thomas Nee, a former Boston Police officer, will appear in your court for sentencing. I worked with Tommy for many years on the Boston Police Department. As you contemplate his future, I'd like you to take into consideration some of the fine work he has done in his career.

I was Tommy Nee's commanding officer at District 11 when he was a new officer. C-11 was one of the busiest districts in the city of Boston, and the most diverse. Tommy immediately showed himself to be a competent problem solver with a cool head. This was recognized by his fellow officers, who soon made him their union representative. In short order, Tommy Nee would go on to lead the Boston Police Patrolman's Union, where he remained for many years.

He presided over the union during a tumultuous time, not just for the city of Boston, the members he represented, but for the policing profession. Homicides and shootings were increasing, and yet new voices were searching for innovative solutions. Tommy Nee saw the future of community policing, and worked with the department to implement new solutions to old problems. He helped a generation of officers understand that there were new and better possibilities to police work. Tom worked with the City and Department leadership to implement change, while at the same time actively working to support and protect the labor interests of his Union members. Ultimately, it lead to the famous Boston Miracle, ushering in a new era for the city of Boston, and a new philosophy in modern policing.

Tommy and I disagreed on many occasions. As his Commanding Officer and later as Superintendent we butted heads more than once, but it was always respectful,

professional and in the interests of the City, Department, and union. Tommy Nee was a fierce and selfless advocate for the men and women he represented and I respectfully request that you given consideration for the services he has given to the City, Department, uniformed members of the Department.

I can be reached at (617) 721-2954 or by email at Dunford.Robert@gmail.com if you should wish to discuss this further.

Sincerely,

_____

Robert P. Dunford