July 8, 2024

To: Whom it may concern
Re: Personal Reference

I have had the good fortune of working with Thomas Nee throughout many stages of my professional career. I first worked with Tom as a legislator regarding laws that were important and relevant to the Boston Police, public safety and law enforcement in general.

As the Sheriff of Norfolk County, I continued working with Tom. Collaboratively on offender re-entry initiatives and partnerships with local police departments and their work force. Tom was instrumental in guiding and assisting me in expanding the mission and the role of the Sheriff's office. It's true, Tom was very integral in supporting me in forging partnerships with the working men and women within law enforcement and their leadership as a labor leader. It is my belief there is no one who more courageously, pragmatically, and honestly represented his membership. The same members who entrusted him and depended upon him daily to advocate their best interest.

Finally, I reconnected with Tom Nee not just as a valued friend but as a neighbor for several years in the Squantum section of Quincy. There were many times that we would just sit and hang out on his deck and discuss a variety of issues. These issues were not exclusively law enforcement but also things about life and our times working together. I always learned from those moments. Foremost I look up to Tom as a friend, a leader and a mentor. He has always been someone I could call for pragmatic advice and guidance professionally and personally. I am very proud to have this opportunity to express that.

Sincerely,

*Michael Bellotti*

Michael G. Bellotti
Former Sheriff of Norfolk County 1999-2018
33 Bayberry Rd
Quincy, Ma 02171